# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
    v. ) CR NO: 2:12-CR-0216
     )
LEONARD GRIFFIN

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum    ☐ Ad Testificandum.

Name of Detainee: **LEONARD GRIFFIN**

Detained at (custodian): **FCI-Herlong**

Detainee is: a.) ☒ charged in this district by:
    ☒ Indictment    ☐ Information    ☐ Complaint
    Charging Detainee With: **18 U.S.C. § 111(a)(1) and (b) assault on a Federal Official Inflicting Bodily Injury**

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ KYLE F. REARDON
Printed Name & Phone No: **Kyle F. Reardon (916) 554-2782**
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum    ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *FORTHWITH,* and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

August 10, 2012
Date                          United States Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ☒ | Female ☐ |
| Booking or CDC #: | 09300-0043 | DOB: | 02/01/1970 |
| Facility Address: | Herlong-FCI | Race: | Caucasian |
| | 741-925 Access Road A-25, Herlong, CA 96113 | FBI #: | 411098JA5 |
| Facility Phone: | (530) 827-8000 | | |
| Currently Incarcerated For: | Felon in possession of firearm | | |

### RETURN OF SERVICE

Executed on _____ by _____ _____
                                                                                                      (Signature)